FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 21 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ELLERY J. PETTIT,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; et al.,<br><br>        Defendants - Appellees. | No. 14-15464<br><br>D.C. No. 2:11-cv-00149-JAD-PAL<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

      On March 17, 2014, this court issued an order staying appellate proceedings pending disposition of the motion for reconsideration in the district court. On November 12, 2014, the district court denied the motion for reconsideration. The stay order filed March 17, 2014, is lifted and this appeal shall proceed.

      Briefing shall proceed as follows: appellant's opening brief is due December 22, 2014; appellees' answering brief is due January 22, 2015; and appellant's optional reply brief is due 14 days from service of appellees' answering brief.

                              FOR THE COURT:

                              MOLLY C. DWYER
                              CLERK OF COURT

                              By: Corina Orozco
                              Deputy Clerk

CO/Pro Se