UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 23 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ELLERY J. PETTIT,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; et al.,<br><br>        Defendants - Appellees. | No. 14-15464<br><br>D.C. No. 2:11-cv-00149-JAD-PAL<br>U.S. District Court for Nevada, Las Vegas<br><br>**ORDER** |

Appellant's motion for an extension of time to file the opening brief is granted. The appellant's opening brief is due January 26, 2015; appellees' answering brief is due February 25, 2015; and the optional reply brief is due within 14 days after service of the answering brief.

                                              FOR THE COURT:
                                              Molly C. Dwyer
                                              Clerk of Court

                                              Grace Santos
                                              Deputy Clerk

                                              Ninth Circuit Rules 27-7 and 27-10