UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 27 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ELLERY J. PETTIT,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; et al.,<br><br>        Defendants - Appellees. | No. 14-15464<br><br>D.C. No. 2:11-cv-00149-JAD-PAL<br>U.S. District Court for Nevada, Las Vegas<br><br>**ORDER** |

     Appellant's late motion for a second extension of time to file the opening brief is granted. The appellant's opening brief is due February 23, 2015; appellees' answering brief is due March 25, 2015; and the optional reply brief is due within 14 days after service of the answering brief.

                               FOR THE COURT:
                               Molly C. Dwyer
                               Clerk of Court

                               Grace Santos
                               Deputy Clerk

                               Ninth Circuit Rules 27-7 and 27-10