UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 09 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ELLERY J. PETTIT,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; et al.,<br><br>    Defendants - Appellees. | No. 14-15464<br><br>D.C. No. 2:11-cv-00149-JAD-PAL<br>U.S. District Court for Nevada, Las Vegas<br><br>**ORDER** |

 Appellant's late motion for a third extension of time to file the opening brief is granted. The appellant's opening brief is due March 23, 2015; appellees' answering brief is due April 22, 2015; and the optional reply brief is due within 14 days after service of the answering brief.

              FOR THE COURT:
              Molly C. Dwyer
              Clerk of Court

              Grace Santos
              Deputy Clerk

              Ninth Circuit Rules 27-7 and 27-10