FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 30 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ELLERY J. PETTIT,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; et al.,<br><br>        Defendants - Appellees. | No. 14-15464<br><br>D.C. No. 2:11-cv-00149-JAD-PAL<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The appellant's late motion for a fourth extension of time to file the opening brief is granted.

The opening brief is now due April 23, 2015. The answering brief is due May 26, 2015. The optional reply brief is due within 14 days after service of the answering brief.

GS   App. Comm.  03/30/2015/Pro Mo