FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 11 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ELLERY J. PETTIT,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; et al.,<br><br>        Defendants - Appellees. | No. 14-15464<br><br>D.C. No. 2:11-cv-00149-JAD-PAL<br>District of Nevada,<br>Las Vegas<br><br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The appellant's late opposed motion for a fifth extension of time to file the opening brief is granted.

The opening brief is now due May 26, 2015. Any further motion to extend the due date of the opening brief is disfavored.

The answering brief is due June 25, 2015. The optional reply brief is due within 14 days after service of the answering brief.

The appellant is requested to seek a single extension of time adequate to permit preparation of the brief, rather than file multiple extension requests. *See* Advisory Note to 9th Cir. R. 31-2.2.

GS App. Comm.   05/11/2015/Pro Mo