FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 12 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ELLERY J. PETTIT, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION; et al., <br><br> Defendants - Appellees. | No. 14-15464 <br><br> D.C. No. 2:11-cv-00149-JAD-PAL <br> District of Nevada, <br> Las Vegas <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The appellant's late motion for a sixth extension of time to file the opening brief is granted.

The opening brief is now due June 29, 2015. Any further motion for an extension of time to file the opening brief is strongly disfavored.

The answering brief is due July 29, 2015. The optional reply brief is due within 14 days after service of the answering brief.

GS App. Comm. 06/08/2015/Pro Mo