FILED

UNITED STATES COURT OF APPEALS

AUG 06 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ELLERY J. PETTIT,<br><br>               Plaintiff - Appellant,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION; et al.,<br><br>               Defendants - Appellees. | No. 14-15464<br><br>D.C. No. 2:11-cv-00149-JAD-PAL<br>District of Nevada,<br>Las Vegas<br><br><br>ORDER |

The appellee's motion to file the answering brief late is granted.  The

answering submitted on July 30, 2015 shall be filed.

The optional reply brief is due within 14 days after the date of this order.

For the Court:

MOLLY C. DWYER
Clerk of Court

Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7/Advisory Note to Rule 27
   and Ninth Circuit 27-10

GS    08/03/2015/Pro Mo