

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

August 11, 2015

---

**To:**        Kyle N Foster
                Michael R. Brooks
                Zachary Taylor Ball

**From:**    Molly C. Dwyer, Clerk of Court
                By: Theresa Hoang, Deputy Clerk

**Re:**        Receipt of Deficient Excerpts of Record of Appellee on 08/11/2015

                USCA No. 14-15464        Ellery Pettit v. Federal National Mortgage
                                                    Asso, et al

---

The referenced excerpts or record cannot be filed for the following reasons(s):

- *Excerpts are bound improperly: The excerpts of record must be securely bound on the left side. See 9th Cir. R. 30-1.6. Please note that binder clips do not satisfy this requirement, and if staples are used, the excerpts must be stapled down the entire left side.* ***Please submit 4 paper copies of replacement excerpts of record in compliance with court rules.***

The following action has been taken with respect to the excerpts of record received in this office:

- *The deficiency by the appellee is judged to be serious.* ***We cannot file your excerpts. You must correct the deficiency within 14 days from the date of this notice or be subject to the provisions of FRAP 31(c).*** *The receipt of seriously defective excerpts of record in this office does not toll the time for filing the excerpts while the defect is being corrected.*

When you submit corrections to the excerpts of record, **please return a copy of this letter.** If you don't submit your correction within 14 days of this notice, you must file a motion for leave to file late excerpts of record. *See* 9th Cir. R. 31-2.3 re: Extensions of time for filing brief. **See also 9th Cir. R. 30-2 re: Sanctions for Failure to Comply with Circuit Rule 30-1.**