FILED

SEP 28 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELLERY J. PETTIT,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; et al.,<br><br>    Defendants - Appellees. | No. 14-15464<br><br>D.C. No. 2:11-cv-00149-JAD-PAL<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Appellant's motion for an extension of time to file a reply brief, filed on August 31, 2015, is granted. The optional reply brief is due on or before October 5, 2015.

Appellant is reminded that all filings must be served on the other parties and accompanied by a proof of service. *See* Fed. R. App. P. 25(b); 9th Cir. R. 25-2(g).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Gabriela Buccinio
Deputy Clerk

GB/Research