**FILED**

**DEC 10 2015**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELLERY J. PETTIT,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; et al.,<br><br>        Defendants - Appellees. | No. 14-15464<br><br>D.C. No. 2:11-cv-00149-JAD-PAL<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

The court is in receipt of appellees' October 22, 2015, notice that the answering brief and excerpts of record were served on appellant.

Appellant's motion to extend time to file a reply brief, filed on October 5, 2015, is granted. The optional reply brief is due within 14 days of the date of this order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Gabriela Buccinio
Deputy Clerk