**FILED**

OCT 03 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELLERY J. PETTIT, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION; et al., <br><br> Defendants-Appellees. | No. 14-15464 <br><br> D.C. No. 2:11-cv-00149-JAD-PAL <br> District of Nevada, <br> Las Vegas <br><br> ORDER |

Appellant's opposed motion to stay appellate proceedings (Docket Entry No. 38) is denied.

The Clerk shall serve a complete copy of the answering brief and supplemental excerpts of records on Ellery Pettit at 6868 Skypointe Dr., #2136, Las Vegas, NV 89131.

The court sua sponte extends the time to file a reply brief. The optional reply brief is due on or before October 31, 2016.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Gabriela Buccinio
Deputy Clerk