UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **ELLERY J. PETTIT,**<br><br>        Plaintiff-Appellant,<br><br>v.<br><br>**FEDERAL NATIONAL MORTGAGE ASSOCIATION et al.,**<br><br>        **Defendants-Appellees.** | 14-15464<br><br>**On Appeal from the United States District Court**<br><br>**For the District of Nevada**<br>**D.C. No. 2:11-cv-00149-JAD-PAL** |

## **DISCLOSURE STATEMENT PURSUANT TO FRAP 26.1**

The undersigned counsel of record certifies the following are persons and entities pursuant to FRAP 26.1(a), and must be disclosed. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

Seterus, Inc. f/k/a IBM Lender Business Process Services, Inc. ("Seterus") is a wholly-owned subsidiary of IBM Corporation, a publicly traded corporation. Mortgage Electronic Registration Systems ("MERS") is a wholly-owned subsidiary of MERSCORP Holdings, Inc., a privately held corporation. Federal National Mortgage Association ("Fannie Mae") is a federally chartered government sponsored enterprise. Fannie Mae does not have a parent corporation and, according to SEC filings, no publicly held corporation owns more than 10 percent of Fannie Mae's common (voting) stock. Fannie Mae has a direct,

pecuniary interest in the outcome of this case as a result of its ownership of the mortgage loan and Property at issue in this case.

There are no persons known to have a direct, pecuniary interest in the outcome of this case other than the parties participating in this case.

Respectfully submitted on November 10, 2016.

    /s/ Ramir M. Hernandez
MICHAEL R. BROOKS, ESQ.
Nev. Bar No. 7287
RAMIR M. HERNANDEZ, ESQ.
Nev. Bar No. 13146
BROOKS HUBLEY, LLP
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134
Telephone: (702) 851-1191
*Attorney for Appellees*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **DISCLOSURE STATEMENT PURSUANT TO FRAP 26.1** with the Clerk of the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on November 10, 2016.

I further certify that all participants in the case are not registered CM/ECF users. I have mailed the forgoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF on the following parties:

Ellery J. Pettit
6868 Sky Pointe Drive #2136
Las Vegas, Nevada 89131
*Appellant in proper person*

By: **/s/SHANTEL M. LLANOS**
An Employee of Brooks Hubley, LLP