FILED

NOV 18 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELLERY J. PETTIT,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; et al.,<br><br>    Defendants-Appellees. | No. 14-15464<br><br>D.C. No. 2:11-cv-00149-JAD-PAL<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

The court is in receipt of appellant's November 1, 2016, motion to strike the answering brief for failure to include a corporate disclosure statement. A review of the docket reflects that appellees filed a corporate disclosure statement on November 10, 2016. Accordingly, appellant's opposed motion to strike the answering brief (Docket Entry No. 41) is denied.

The court sua sponte extends the time to file a reply brief. The optional reply brief is due on or before December 19, 2016.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Gabriela Buccinio
Deputy Clerk
Ninth Circuit Rule 27-7